No. 85–599.   UNITED STATES v. AMERICAN BAR ENDOWMENT ET AL.   C. A. Fed. Cir.   [Certiorari granted, 474 U. S. 1004.]

Motion of California Farm Bureau Federation for leave to file a brief as *amicus curiae* granted. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.